

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

July 12, 2022

**BY EMAIL**

The Honorable Judith C. McCarthy
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

      Re:   ***United States v. Wayne Hicks et al.*, S2 21 Cr. 293 (CS)**

Dear Judge McCarthy:

      The Government respectfully requests that the Court unseal Superseding Indictment S2 21 Cr. 293 (CS) now that the new defendants in the case, Brian Thomas and Jordan Woodbine, have been arrested.

                                                       Respectfully submitted,

                                                       DAMIAN WILLIAMS
                                                     United States Attorney

                               By:    /s/ Derek Wikstrom
                                           Derek Wikstrom / T. Josiah Pertz
                                           Assistant United States Attorneys
                                           Tel: (914) 993-1946 / 1966

SO ORDERED:

_Judith C. McCarthy_      7-12-2022
HONORABLE JUDITH C. McCARTHY
UNITED STATES MAGISTRATE JUDGE