# Law Offices of
# Daniel A. Hochheiser

ATTORNEY AT LAW
2 Overhill Road, Suite 400
Scarsdale, New York 10583
dah@hochheiser.com
(646) 863-4246

December 14, 2022

Hon. Cathy Seibel
United States District Court
Southern District of New York
300 Quarropas St.
White Plains, NY 10601-4150

Re:   *U.S. v. Brian Thomas*, S2 21 CR 293 (CS)
      REQUEST PERMISSION TO SUBMIT INTERIM CJA VOUCHERS

Your Honor:

    I was appointed pursuant to the Criminal Justice Act to represent Brian Thomas on July 12, 2022. Please grant me permission to file interim vouchers on the eVoucher system by endorsing this letter motion.

SO ORDERED.

*Cathy Seibel*
CATHY SEIBEL, U.S.D.J.

12/14/22

Respectfully submitted,

Daniel A. Hochheiser